UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRIS CARDEN d/b/a<br>CARDEN ENTERPRISES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:14-cv-00223<br>District Judge Pamela L. Reeves |
| STATE AUTO INSURANCE<br>COMPANIES, | ) ) ) | Magistrate Judge H. Bruce Guyton |
| Defendant. | ) ) | |

## STIPULATION

The parties, by and through undersigned counsel, provide the following stipulation as to the maximum amount of damages plaintiff is seeking and will ever seek in the pending action filed against defendant. The parties stipulate that plaintiff at no time will seek any more than $74,999.99 in this lawsuit, and specifically no more than the following:

1. $43,174.00 for damage to property and structure allegedly covered under insurance policy;

2. Lost income not to exceed $20,000.00;

3. No more than $7,500.00 in attorneys' fees and costs.

Plaintiff specifically agrees it will not amend any pleading to seek additional damages other than or greater than those referenced in this stipulation exclusive of interest and costs.

Respectfully submitted,

      s/ E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**
Registration No. 024425
Attorneys for Defendant, State Automobile
Mutual Insurance Company, incorrectly sued as
State Auto Insurance Companies

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787, Ext. 114 (PTC)
(615) 256-8787, Ext. 116 (EJF)
DIRECT: (615) 630-7717 (PTC)
DIRECT: (615) 630-7716 (EJF)
pchastain@bkblaw.com
jferrell@bkblaw.com


      s/ C. Edward Daniel
**C. EDWARD DANIEL**
Registration No. 014016
Attorney for Plaintiff, Chris Carden d/b/a
Carden Enterprises

**THE DANIEL LAW FIRM**
4608 Papermill Drive
Knoxville, TN 37909
(865) 531-3000
eddie@eddiedaniellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2014, a true and correct copy of the foregoing has been sent, via first-class mail, postage prepaid to:

C. Edward Daniel, Esquire
The Daniel Law Firm
4608 Papermill Drive
Knoxville, TN 37909

      s/ E. Jason Ferrell
**E. JASON FERRELL**

EJF:dmt