UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Chris Carden d/b/a, Carden Enterprises, <br><br> *Plaintiff*, <br><br> v. <br><br> State Auto Insurance Companies, <br><br> *Defendant*. | ) ) ) ) ) ) ) Case No.: 3:14-CV-223-PLR-HBG ) ) ) ) |

## Judgment

For the reasons stated in the memorandum opinion filed contemporaneously herewith, it is ordered that the plaintiff's motion to remand, [R. 12] is **Granted**. This action is **Remanded** to the **Chancery Court for Knox County, Tennessee**.

**It is so ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**